■ In the Matter of ISOBELLA A. and Another, Children Alleged to Be Neglected. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANNA W., Appellant. (Appeal No. 3.) [23 NYS3d 926]—Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), dated September 15, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Isobella A. (Anna W.)* ([appeal No. 1] 136 AD3d 1317 [2016]). Present—Whalen, P.J., Smith, Centra, Carni and Scudder, JJ.